IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Michael A. Thompson, ) | C/A No.: 9:11-cv-02894-JFA-BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Georgetown County Detention Center; ) | |
| Carroll Rodgers, Head Nurse; ) | |
| Jamie Poinsett, Sargent Georgetown ) | |
| County Detention Center, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the court on the Report and Recommendation ("R&R") issued by a United States Magistrate Judge. The Magistrate Judge has recommended that this court dismiss Defendant Georgetown County Detention Center ("GCDC") because GCDC is not a proper party defendant in this § 1983 action.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that Defendant GCDC should be dismissed from the instant action, as GCDC is not a proper defendant upon whom the United States Marshals Service could effect service of process, and against whom relief could be granted by this

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

court. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on December 6, 2011. However, the plaintiff failed to file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, Defendant Georgetown County Detention Center is dismissed without prejudice and without issuance of service of process.

IT IS SO ORDERED.

January 12, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge